# File Hashes for IP Address 173.49.128.2

**ISP:** Verizon FiOS
**Physical Location:** Glenside, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/07/2013 16:36:37 | 0F5C5EE804EFAC99EAAFCD34D3D1EB82521B90A1 | Apartment Number Four |
| 03/30/2013 21:11:52 | 67046B92B4BDE33E69F0F38D33C7136D167384C8 | Featherlight |
| 03/27/2013 20:46:37 | 7CDB4F9E2870FA5987DB601BF311EB1E13B826AE | I Love X Art |
| 03/21/2013 02:39:59 | 4A31F49D6BA2E6080DCC10C024A02809E00A299E | Enchanting Real Orgasms |
| 03/19/2013 07:46:51 | 71BC79E2C4ECC82D15FC913CFC39BBF65ADFD479 | Come To My Window |
| 03/07/2013 03:15:46 | E74948075486F99CF023C247AB23743DC8160BA1 | Red Satin |
| 02/22/2013 19:43:38 | D47073F1CC0BE0152CDB2830B62CFA814F8A1EEE | Black and White |
| 02/08/2013 04:24:48 | 0470EC26141C9830DE1E7F3C1B87EDEEDE6C8195 | Sacred Romance |
| 02/01/2013 03:04:07 | 6518F0D6B7EFD87DC0750F54901AA8C03C5B800F | Working Out Together |
| 12/10/2012 22:04:32 | 99475A57CD275D1771BA64EB1F2DE556EC8FA96D | Waterfall Emotions |
| 11/09/2012 15:27:03 | 35422DC592387FC017C42609A76579FD439BC72D | Yoga in the Sky |
| 11/09/2012 03:51:13 | 8AAA6F0E62426877C62815F2DB635ECCEF397D31 | Kristen Girl Next Door |
| 11/07/2012 21:15:13 | 3C80887ED171F1D026BCA9014151A9A831BDC7A7 | Happy Couple |
| 11/07/2012 21:11:35 | 4CBEF4AA6436D5DB9D2BC09CDDB8189B8D08F1F1 | Leila Faye Awesome Threesome |
| 11/06/2012 18:34:50 | 1A30C21F507D0CE3D91D99D39A69A75A80AA4D02 | Perfect Girls |
| 11/05/2012 22:17:32 | 75974DBF91AAF1AC13E04C92DB653F39F664EED1 | Close to the Edge |
| 11/04/2012 14:57:49 | B1DC72BA7F2818F4DE250AFCC656F50F0B06C475 | Lovely Lovers |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

EPA142