**Copyrights-In-Suit for IP Address 173.49.128.2**

**ISP:** Verizon FiOS
**Location:** Glenside, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/07/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 02/22/2013 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 11/05/2012 |
| Come To My Window | PA0001799576 | 07/27/2012 | 07/31/2012 | 03/19/2013 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 03/21/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 03/30/2013 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 11/07/2012 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 03/27/2013 |
| Kristen Girl Next Door | PA0001762076 | 08/25/2010 | 11/18/2011 | 11/09/2012 |
| Leila Faye Awesome Threesome | PA0001776804 | 02/02/2011 | 02/21/2012 | 11/07/2012 |
| Lovely Lovers | PA0001787330 | 04/18/2012 | 04/18/2012 | 11/04/2012 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 11/06/2012 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/07/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 02/08/2013 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/10/2012 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/01/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 11/09/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 17**