IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 13-2766** |
| v. | : | |
| | : | |
| **DANIEL PAEK** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW,** this 7th day of August 2014, upon consideration of Plaintiff's *motion to compel defendant's discovery responses* [ECF 31], it is hereby **ORDERED** that Plaintiff's motion is **DENIED**.[1]

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.

---

[1] On July 16, 2014, Plaintiff filed the instant motion. Attached to the motion as Exhibit A, is a copy of the discovery requests directed to a "Defendant Jason Lowry," who is not the named defendant in this action, *i.e.*, Daniel Paek. In addition, the certificate of service attached to this motion indicates that the motion was served only through the CM/ECF system. At the time Plaintiff filed its motion, however, Defendant was no longer being represented by counsel, and, he has not, to date, registered as an ECF Filing User pursuant to Local Rule of Civil Procedure 5.1.2(4)(b). Therefore, Defendant has not consented to service through the ECF system, and Plaintiff is required to serve Defendant by paper copy. *See* Local Rule of Civil Procedure 5.1.2(8)(c). Due to these procedural flaws, Plaintiff's motion is denied.