IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 13-2766 |
| v. | : | |
| | : | |
| DANIEL PAEK | : | |
| *Defendant-pro se* | : | |

# ORDER

**AND NOW,** this 23rd day of February 2015, upon consideration that this Court issued a *Rule to Show Cause* Order on January 6, 2015, [ECF 41], requiring Defendant Daniel Paek ("Defendant") to show cause, by January 23, 2015, why default judgment should not be entered against him for failure to comply with previous orders compelling discovery responses, and that Defendant has failed to respond to said *Rule to Show Cause* Order, it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that **DEFAULT JUDGMENT** is entered against Defendant Daniel Paek and in favor of Plaintiff Malibu Media, LLC.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.